

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00281-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 2:34:29 PM
CHRISTOPHER A. PRINE
Clerk

March 10, 2015

HONORABLE MARC C CARTER
228TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name· DAVIS LUIS CABRERA

Cause No  1412605

Court  228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause

**Notice of Appeal Filed Date:** 03/05/15
**Sentence Imposed Date:** 02/03/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  TO BE DETERMINED

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC· Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     LISA MILLS  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 1412605

THE STATE OF TEXAS

V.

David Luis Cabrera, Jr, A/K/A/ _____

2015 MAR -5 AM 10: 56

22- 9
22- 8
10-
18

CRIMINAL CUSTOMER
SERVICE

228th District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ~~February 25~~ March 5, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw

☒ ADVISES the court that he will CONTINUE to represent the defendant on appeal

3-5-15
**Date**

David Luis Cabrera, Jr.
**Defendant (Printed name)**

Heather M. Lytle
**Attorney (Signature)**

Heather M. Lytle
**Attorney (Printed name)**

24046487
**State Bar Number**

202 Travis St. Suite 300 Houston TX 77002
**Address**

713-204-7060
**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☐ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

David Cabrer
**Defendant's Printed name**

~~SWORN TO AND SUBSCRIBED BEFORE ME ON~~ 030615

By Deputy District Clerk of Harris County, Texas _____ JHG

# ORDER

On ___O30615___ the Court conducted a hearing and **FINDS** that defendant / appellant

☑ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

☑ SET at $ __50,000.—__

☐ **TO CONTINUE** as presently set

☐ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED ___O30615___

_____
JUDGE PRESIDING,
**229** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ___.
HARRIS COUNTY, TEXAS

 

Cause No. 1412605

THE STATE OF TEXAS

IN THE 228 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

v.

David Cabrera , Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge

AUG - 6 2014
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
AUG 06 2014
Time: _____
By _____
Harris County, Texas

State Bar of Texas ID number: 24046487

Mailing Address: 202 Travis St. #300 77002

Telephone number: 713-204-7060

Fax number (if any): 201-786-4539

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD 1st

## 4-4-15

Court **228**

Cause No. **1412605**

## The State of Texas
### Vs

**CABRERA, DAVID LUIS JR**

Date Notice
Of Appeal: **030515**    2-3-15

Presentation:    Vol._____ Pg._____

Judgment:    Vol._____ Pg._____

Judge Presiding **M CARTER**

Court Reporter **LMILLS**

Court Reporter _____

Court Reporter _____

Attorney
on Trial **HEATHER LYTLE**

Attorney
on Appeal _____

Appointed_____ Hired_____

Offense **AGG ASSLT DEADLY WPN**

Jury Trial    Yes_____ No **✓**

Punishment
Assessed **3 Y TDC**

Companion Cases
(If Known) **1412606**

Amount of
Appeal Bond **50,000**

Appellant
Confined:    Yes **✓** No_____

Date Submitted
To Appeal Section **030615**   22/997

Deputy Clerk **JT9**